**B18 (Official Form 18) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:   10−22744−JHW
                    Chapter:   7
                    Judge:   Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cemil Kara                                           Maria Kara
   108 N. Hanover Avenue                   aka Maria Camp
   Margate, NJ 08402                            3 Brielle Avenue
                                                                Egg Harbor Twp., NJ 08234

Social Security No.:
   xxx−xx−6728                                         xxx−xx−7704

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                        BY THE COURT

Dated: August 27, 2010                                     Judith H. Wizmur
                                                              United States Bankruptcy Judge

                        **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                   Date Rcvd: Aug 27, 2010
Case: 10-22744                 Form ID: b18                Total Noticed: 67


The following entities were noticed by first class mail on Aug 29, 2010.
db         +Cemil Kara,    108 N. Hanover Avenue,    Margate, NJ 08402-1732
jdb        +Maria Kara,    3 Brielle Avenue,    Egg Harbor Twp., NJ 08234-5732
smg         U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
510722321  +Bray, Dr. Robert,    Acct. 086248,    PO Box 446,    Somers Point, NJ 08244-0446
510722333  +CHLD/CBSD,    Acct. 6032590411828170,    PO Box 6497,    Sioux Falls, SD 57117-6497
510722326  +Central Loan Administration,    Acct. 3000016115909,    425 Phillips Boulevard,
             Ewing, NJ 08618-1430
510722334  +Citi Financial,    Acct. 6023590411828170,    PO Box 22066,    Tempe, AZ 85285-2066
510722342  +DAngelo, Peter,    3246 S. Chancer Street,    Philadelphia, PA 19145-5840
510722346  +EMC Mortgage,    Acct. 5890011637840,    PO Box 293150,    Lewisville, TX 75029-3150
510722349  +Furniture Bar,    Acct. 5774421751571838,    PO Box 94498,    Las Vegas, NV 89193-4498
510722351   GEMB/GE Money Bank,    Acct. 7981924310704101,    PO Box 103065,    Roswell, GA  30076
510722362  +Onyx Accep,    Acct. 1456067015,    27051 Towne Centre Drive,    Foothill Ranch, CA 92610-2804
510722363  +PNC Bank,    Acct. 6002008113899791,    103 Bellevue Parkway,    Wilmington, DE 19809-3701
510722364  +Raymour & Flanigan,    Acct. 5774421095057734,    PO Box 94498,    Las Vegas, NV 89193-4498
510722366  +Raymour & Flanigan,    Acct. 5774421097601877,    PO Box 94498,    Las Vegas, NV 89193-4498
510722365  +Raymour & Flanigan,    Acct. 5774421097602552,    PO Box 94498,    Las Vegas, NV 89193-4498
510722370  +Social Security,    1350 Doughty Road,    Egg Harbor Twp., NJ 08234-3800
510722371  +Visa DSNB,    Acct. 4308517238476497,    9111 Duke Boulevard,    Mason, OH 45040-8999
510722375  +WFF Nat Bank,    Acct. 7935009393,    PO Box 94498,    Las Vegas, NV 89193-4498
510722376  +WFF Nat Bank,    Acct. 8960138663,    PO Box 94498,    Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on Aug 27, 2010.
cr         +EDI: WFFC.COM Aug 27 2010 18:08:00      Wells Fargo Financial National Bank,    4137 121st Street,
             Urbandale, IA 50323-2310,    UNITED STATES
510722319  +EDI: BANKAMER2.COM Aug 27 2010 18:08:00      Bank of America,    Acct. 7740,    PO Box 17054,
             Wilmington, DE 19850-7054
510722320  +EDI: TSYS2.COM Aug 27 2010 18:13:00      Barclays Bank Delaware,    Acct. 552321000067,
             125 S. West Street,    Wilmington, DE 19801-5014
510722323  +EDI: CAPITALONE.COM Aug 27 2010 18:08:00      Capital One,    Acct. 62062123138591001,
             PO Box 85520,    Richmond, VA 23285-5520
510722324  +EDI: CAPITALONE.COM Aug 27 2010 18:08:00      Capital One,    Acct. 529115171044,    PO Box 85520,
             Richmond, VA 23285-5520
510722322  +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
             Capital One Auto Finance,    Acct. 62062123138591001,    3901 Dallas Parkway,
             Plano, TX 75093-7864
510722325  +EDI: RMSC.COM Aug 27 2010 18:13:00      Care Credit/GEMB,    Acct. 601918030057,    PO Box 981439,
             El Paso, TX 79998-1439
510722327  +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Acct. 4266902031627662,    PO Box 15298,
             Wilmington, DE 19850-5298
510722331  +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Acct. 4225811180021868,    PO Box 15298,
             Wilmington, DE 19850-5298
510722330  +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Acct. 1523002005610193,    PO Box 15298,
             Wilmington, DE 19850-5298
510722329  +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Acct. 4266859989076062,    PO Box 15298,
             Wilmington, DE 19850-5298
510722328  +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Acct. 4266841108755990,    PO Box 15298,
             Wilmington, DE 19850-5298
510722337  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 542418070512,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722340  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 542418078855,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722335  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 542418072363,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722341  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 542418068573,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722338  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 542418058684,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722336  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 412800317287,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722339  +EDI: CITICORP.COM Aug 27 2010 18:08:00      Citi,    Acct. 412800340399,    PO Box 6241,
             Sioux Falls, SD 57117-6241
510722343  +EDI: DAIMLER.COM Aug 27 2010 18:18:00      DCFS USA LLC,    Acct. 7900246176,
             36455 Corporate Drive,    Farmington Hills, MI 48331-3552
510722344   EDI: DISCOVER.COM Aug 27 2010 18:08:00      Discover Financial Services,    Acct. 601100122160,
             PO Box 15316,    Wilmington, DE  19850
510722345  +EDI: TSYS2.COM Aug 27 2010 18:08:00      DSNB Macys,    Acct. 4304471903820,    9111 Duke Boulevard,
             Mason, OH 45040-8999
510722347  +EDI: MERRICKBANK.COM Aug 27 2010 18:08:00      FCNB/SPGL,    Acct. 589001637840,
             101 Crossway Park West,    Woodbury, NY 11797-2020
510722350   EDI: CHASE.COM Aug 27 2010 18:18:00      FUSA Bank,    Acct. 546663203192,    PO Box 15298,
             Wilmington, DE  19850-5298
510722352  +EDI: RMSC.COM Aug 27 2010 18:13:00      GEMB/Old Navy,    Acct. 6018596100699093,    PO Box 981400,
             El Paso, TX 79998-1400
510722353   EDI: GMACFS.COM Aug 27 2010 18:08:00      GMAC,    PO Box 78234,    Phoenix, AZ  85062-8234
510722360  +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC Bank,    Acct. 549109861625,    PO Box 5253,
             Carol Stream, IL 60197-5253
510801765  +EDI: BASSASSOC.COM Aug 27 2010 18:08:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
510722355  +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/Best Buy,    Acct. 1696011201215172,    PO Box 15519,
             Wilmington, DE 19850-5519
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 27, 2010
Case: 10-22744                 Form ID: b18             Total Noticed: 67

The following entities were noticed by electronic transmission (continued)
510722354     +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/Best Buy,   Acct. 271201,    PO Box 15519,
               Wilmington, DE 19850-5519
510722357     +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/Boscovs,    Acct. 300601010446,    PO Box 4274,
               Reading, PA 19606-0674
510722356     +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/Boscovs,    Acct. 3006040200110633,   PO Box 4274,
               Reading, PA 19606-0674
510722358     +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/NEIMN,    Acct. 49994043815,    PO Box 15221,
               Wilmington, DE 19850-5221
510722359     +EDI: HFC.COM Aug 27 2010 18:13:00      HSBC/RS,    Acct. 334601000000762,    90 Christiana Road,
               New Castle, DE 19720-3118
510722361     +E-mail/Text: camanagement@mandtbank.com                           MT Bank,
               Acct. 11000160135860001,    1 Fountain Plaza, FL 3,    Buffalo, NY 14203-1420
510722368     +EDI: SEARS.COM Aug 27 2010 18:08:00      Sears/CBSD,    Acct. 512107220799,    PO Box 6189,
               Sioux Falls, SD 57117-6189
510722367     +EDI: SEARS.COM Aug 27 2010 18:08:00      Sears/CBSD,    Acct. 512107011372,    PO Box 6189,
               Sioux Falls, SD 57117-6189
510722369     +E-mail/Text: LCALLENDER@SHOREMEMORIAL.ORG                         Shore Memorial Hospital,
               Acct. 400345723,    1 E. New York Avenue,    Somers Point, NJ 08244-2340
510722348      EDI: FUNB.COM Aug 27 2010 18:18:00      First Union,    Acct. 30301328295,    PO Box 3117,
               Winston Salem, NC   27102
510722373      EDI: FUNB.COM Aug 27 2010 18:18:00      Wachovia,    Acct. 322801000543012,    PO Box 3117,
               Winston Salem, NC   27102
510722372      EDI: FUNB.COM Aug 27 2010 18:18:00      Wachovia,    Acct. 322801000543087,    PO Box 3117,
               Winston Salem, NC   27102
510722377     +EDI: WFNNB.COM Aug 27 2010 18:08:00      WFNNB/Express,    Acct. 08716165496602988,
               4590 E. Broad Street,    Columbus, OH 43213-1301
510722378     +EDI: WFNNB.COM Aug 27 2010 18:08:00      WFNNB/The Buckle,    Acct. 585637080957,    PO Box 182273,
               Columbus, OH 43218-2273
510722379     +EDI: WFNNB.COM Aug 27 2010 18:08:00      WFNNB/Victoria,    Acct. 59055867590558672,
               PO Box 182273,    Columbus, OH 43218-2273
510722374     +EDI: WFFC.COM Aug 27 2010 18:08:00      Wells Fargo Bank,    Acct. 50082153331740001,
               711 W. Broadway Road,    Tempe, AZ 85282-1218
511026573     +EDI: GMACFS.COM Aug 27 2010 18:08:00      gmac,    po box 130424,    roseville,mn 55113-0004
                                                                                              TOTAL: 46

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510722318      CREDITOR LIST
cr*           +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
510722332*    +Chase,    Acct. 4225811180021868,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**         **Signature:**    *Joseph Speetjens*